AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>HUMBERTO RUBEIN SALES-XUTUC<br><br>Defendant(s) | )<br>)<br>) Case No. 3:25-mj-600-ASH<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15, 2025__ in the county of __Rankin__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1253(a)(1)(A) | Failure to Depart |

This criminal complaint is based on these facts:

See the attached affidavit of U.S. Immigration and Customs Enforcement Officer Eric Haldeman.

☑ Continued on the attached sheet.

_____
Complainant's signature

U.S. ICE Officer Eric Haldeman
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/16/2025

_____
Judge's signature

City and state: Jackson, Mississippi

The Honorable Andrew S. Harris, Magistrate Judge
_____
Printed name and title