## AFFIDAVIT

I, Eric M. Haldeman, being duly sworn, do hereby depose and state:

1. I am a Deportation Officer with United Stated (US) Immigration and Customs Enforcement (ICE) and have been employed as such since August 25, 2024. Prior to this position I have served as a US Border Patrol Agent (USBP) with the US Border Patrol.
2. I have received training in the areas of criminal law enforcement as a law enforcement officer for ICE. That training has included the investigation and prosecution of violations of criminal laws relating to unlawful entry, employment, and physical presence in the US of individuals subject to the Immigration and Nationality Act (INA).
3. My current duties include conducting criminal investigations of violations of Federal Statutes and administrative violations of the INA and Title 18 of the United States Code.
4. As part of my duties, I am involved in the investigation of Humberto Rubein SALES-Xutuc, a citizen and national of Guatemala.
5. This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter. This affidavit is based on my knowledge arising from my participation in this investigation and other federal and state law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant, it does not contain every fact known to me or other officers of ICE.

## SUMMARY OF PROBABLE CAUSE

6. In 2021, SALES-Xutuc was apprehended for being an alien illegally present in the United States under the Immigration and Naturalization Act. SALES-Xutuc failed to appear at his final hearing after being informed that failure to appear would result in the entry of an Order of Removal requiring his removal from the United States. An Order of Removal was entered in 2023, and on April 15, 2025, SALES-Xutuc was found in Rankin County, Mississippi. SALEZ-Xutuc was legally required to depart the United States and failed to do so.

## PROBABLE CAUSE

7. My investigation of Mr. SALES-Xutuc has revealed the following:
    a. On September 12, 2021, SALES-Xutuc was apprehended by the Border Patrol and issued a I-862, Notice to Appear, for being an alien illegally present in the US pursuant to Section 212(a)(6)(A)(i) of the INA. SALES-Xutuc was served with a Notice to Appear (NTA) and was detained in custody without bond.
    b. October 19, 2021, SALES-Xutuc appeared before an Immigration Judge (IJ) in Florence, Arizona. During the hearing, the IJ ordered that SALES-Xutuc may be released from ICE custody upon posting a $10,000.00 bond and continued the case.
    c. On October 28, 2021, Mary Cedeno-Rijo (obligor) posted a $10,000.00 (ten thousand) delivery bond with ICE (ICE Reference Number NOL-C-22-00013) in New Orleans,

    LA, and SALES-Xutuc was released from ICE custody pending further removal proceeding before the immigration court.

d. On July 6, 2023, SALES-Xutuc was personally served a Notice of In-Person Hearing notifying him of the date, time, and location of his next immigration hearing. This hearing was scheduled for October 6, 2023, at 1:00pm at New Orleans, LA. On July 6, 2023, SALES-Xutuc was personally served a Notice of In-Person Hearing notifying him of the date, time, and location of his next immigration hearing. This hearing was scheduled for October 6, 2023, at 1:00pm at New Orleans, LA. This notice also advised SALES-Xutuc that he would be ordered removed from the United States if he failed to appear for his hearing.

e. On October 6, 2023, an IJ ordered SALES-Xutuc to be removed from the United States to Guatemala in absentia.

f. On April 4, 2025, ICE made a demand upon the obligor to deliver or cause to appear SALES-Xutuc at the ICE Enforcement and Removal Office (ERO) located at 202 Metroplex Boulevard, Pearl Mississippi on May 1, 2025, at 0900 hrs. This demand was made on ICE Form I-340, "Notice to Obligor to Deliver Alien" and was mailed via certified mail (USPS Reference Number 9589071052700182978217).

g. On April 15, 2025, an administrative Warrant of Removal/Deportation for SALES-Xutuc was issued by the New Orleans Field Office Director.

h. On April 15, 2025, ICE Officers received a tip regarding the where-abouts of SALES-Xutuc.

i. ICE Officers and other federal agents located a subject matching the physical descriptors of SALES-Xutuc at a construction site near the intersection of Manship Road and Wirtz Road in Flowood, MS. ICE Officers and other federal agents started surveillance of the location at approximately 2:00pm on April 15, 2025. SALES-Xutuc was positively identified at the site by an ICE Officer through known unique physical features. During surveillance of the location, the work crew got into a black pickup truck. At that time, the officers and agents performed a vehicle stop on the vehicle. Utilizing their emergency lights and horns, the officers blocked the vehicle from the front and rear. The occupants then bailed out of the vehicle and ran. The target, SALES-Xutuc ran southeast towards Highway 25. SALES-Xutuc then crossed Highway 25 in front of traffic. Officer and agents chased SALES-Xutuc across Highway 25 and in between FirstBank and O'Reilly Auto Parts. A concerned citizen pulled his pickup truck into a field south of O'Reilly Auto Parts and blocked SALES-Xutuc's path. At that point SALES-Xutuc stopped running and an ICE Officer placed SALES-Xutuc under arrest. SALES was transported to the Immigration and Customs Enforcement office in Pearl, Mississippi for further processing.

## CONCLUSION

Based on the information contained herein, your affiant believes that probable cause exists that Humberto Rubein SALES-Xutuc is an alien present in the United States without valid immigration documents and subject to a Final Administrative Removal Order who has willfully failed to depart the United States all in violation of Title 8, United States Code, Section 1253(a)(1)(A),

_____
Eric M. Haldeman
Deportation Officer
U. S. Immigration and Customs Enforcement

Subscribed to me this 16 day of April, 2025.

_____
United States Magistrate Judge