IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 3:25-mj-600-ASH

HUMBERTO RUBEIN SALES-XUTUC

NOTICE OF MAXIMUM PENALTY

**Failure to Depart**
8 U.S.C. § 1253(a)(1)(A)

- Not more than four (4) years imprisonment
- Not more than a $250,000 fine
- Not more than one (1) year supervised release
- $100 special assessment