IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

CRIMINAL NO.   3:25-mj-600-ASH

HUMBERTO RUBEIN SALES-XUTUC

ORDER DISMISSING CRIMINAL COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Leave of Court is hereby granted for the filing of the foregoing dismissal without prejudice of the Criminal Complaint filed against the Defendant. The Court thereby grants the Government's motion to dismiss the Criminal Complaint without prejudice.

**SO ORDERED AND ADJUDGED** this the 25th day of April, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE